IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLEY LENAHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FRC BALANCE LLC dba TRUE FOOD KITCHEN,<br><br>    Defendant. | Civil Action File No.<br>1:21-CV-04757-ELR-JKL |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff dismisses the above styled case without prejudice. Plaintiff further represents that

- this Notice of Dismissal is the first dismissal filed by the Plaintiff based upon or including the same claim against the Defendant,

- all costs of filing and service have been paid, and

- no answer or motion has been served upon the Plaintiff by the Defendant as of the date of this Notice of Dismissal.

Plaintiff requests that the clerk make the appropriate entry on the docket.

Respectfully submitted this 18th day of January 2022.

**SIGNATURE CONTAINED ON FOLLOWING PAGE**

/s/ E. Ray Stanford, Jr.
E. Ray Stanford, Jr.
Georgia Bar No. 674725

Stanford IO Law Group LLC
P.O. Box 19161
Atlanta, GA 31126
Telephone: 404-991-7300
Facsimile: 404-991-7299
rstanford@siolaw.com

## **CERTIFICATION OF TYPE FONT AND SIZE**

Pursuant to LR 7.1D, the undersigned hereby certifies that the foregoing is composed of Times New Roman, size 14, and is proportionately spaced.

/s/ E. Ray Stanford, Jr.
E. Ray Stanford, Jr.
Georgia Bar No. 674725

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLEY LENAHAN,<br>     Plaintiff,<br><br>v.<br><br>FRC BALANCE LLC dba TRUE<br>FOOD KITCHEN,<br>     Defendant. | **Civil Action File No.**<br>**1:21-CV-04757-ELR-JKL** |

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of January 2022, I electronically filed *PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Natalie N. Turner
Ogletree, Deakins, Nash
Smoak & Stewart, P.C.
191 Peachtree St., N.E. Suite 4800
Atlanta, Georgia 30303
Natalie.turner@ogletree.com

Kady D. D'Amico
Ogletree, Deakins, Nash
Smoak & Stewart, P.C.
191 Peachtree St., N.E. Suite 4800
Atlanta, Georgia 30303
Kady.damico@ogletree.com

/s/ E. Ray Stanford, Jr.
E. Ray Stanford, Jr.
Georgia Bar No. 674725

4